UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| PATTY LADSON, | ) | Civil Action No. 5:14-1989-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Joint Stipulation for payment of attorney fees and expenses under the Equal Access to Justice Act (EAJA), it is hereby,

ORDERED that Plaintiff, Patty Ladson, is awarded attorney fees under the EAJA in the amount of Three Thousand Seven Hundred Fifty dollars and Zero cents ($3,750.00) in attorney fees, and Twenty-Two dollars and Sixty-Seven cents ($22.67) in expenses.  These attorney fees will be paid directly to Plaintiff, Patty Ladson, and sent to the business address of Plaintiff's counsel.  Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.  If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

This Motion is granted to the extent set forth in the Joint Stipulation (docket entry #27) filed this date.

Columbia, SC
August 31, 2015

s/ Mary G. Lewis
Mary G. Lewis
United States District Judge